1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11 WELLS FARGO BANK, N.A., )
                                          )    Case No. 2:16-cv-02726-RFB-NJK
                         Plaintiff(s),    )
12                                        )    ORDER
   vs.                                    )
13                                        )
   SFR INVESTMENTS POOL 1, LLC, et al.,   )    (Docket No. 13)
14                                        )
                         Defendant(s).    )
15 _____   )

16        Pending before the Court is a stipulation to extend.  Docket No. 13.  That stipulation is defective.

17 *See* Local Rule IA 6-1(a) (requests for extension "must state the reasons for the extension requested").

18 Accordingly, the stipulation is **DENIED** without prejudice.

19        IT IS SO ORDERED.

20        DATED: February 2, 2017

21                                        _____
                                          NANCY J. KOPPE
22                                        United States Magistrate Judge

23
24
25
26
27
28