1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | Case No. 2:16-cv-02726-RFB-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| SFR INVESTMENTS POOL 1, LLC, et al., ) | (Docket No. 9) |
| Defendant(s). ) | |

11
12
13
14
15
16
17
18

     Pending before the Court is a demand for security costs.  Docket No. 9.  Any response had to be filed by February 1, 2017.  *See* Docket No. 11.  To date, no response has been filed.  Accordingly, the motion is **GRANTED**.  *See* Local Rule 7-2(d).  The bond shall be posted within 7 days of this order.

19

    IT IS SO ORDERED.

20

    DATED: February 2, 2017

21
22

_____
NANCY J. KOPPE
United States Magistrate Judge

23
24
25
26
27
28