# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NA, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-02726-RFB-NJK |
| vs. | ) |
| SFR INVESTMENTS POOL 1, LLC, et al., | ) ORDER |
| Defendant(s). | ) |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 24, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge