# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-cv-02726-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| SFR INVESTMENTS POOL 1, LLC, | (Docket No. 49) |
| Defendant(s). | |

Pending before the Court is Defendant SFR's motion for protective order. Docket No. 49. Concurrently herewith, the Court has extended discovery for the purpose of completing Rule 30(b)(6) depositions to October 19, 2017. The parties shall immediately confer on a new date for the disputed deposition to occur prior to that date. The Court hereby **ORDERS** that any response to the motion for protective order must be filed no later than September 20, 2017, and that any reply must be filed by September 25, 2017.

IT IS SO ORDERED.

DATED: September 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge