Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sempers@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as Trustee, on behalf of The holders of Structured Asset Mortgage Investment II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Third-Party Defendant. | CASE NO. 2:16-CV-02726-RFB-NJK<br><br>**PLAINTIFF'S MOTION TO EXPAND SCOPE OF DISCOVERY DURING EXTENDED DISCOVERY PERIOD**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation, |
| 2 | |
| 3 | Counter/Cross Claimant, |
| 4 | vs. |
| 5 | WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5; REAL TIME RESOLUTIONS, INC.; EDWARD RIVERA, an individual; RACHELLE RIVERA, an individual, |
| 11 | Counter/Cross Defendants. |

Plaintiff/Counter Defendant Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 ("Trustee"), respectfully requests that the Court expand the scope of permissible discovery during the extended discovery period to allow the Trustee to complete the deposition of Hampton & Hampton Collections, LLC.

## GROUNDS FOR MOTION

On September 18, 2017, the Court extended the discovery cutoff deadline to October 19, 2017 (the "Order"). (ECF No. 53). In that same Order, the Court limited the extended discovery to completion of the Rule 30(b)(6) depositions of SFR Investments Pool 1, LLC and of the Trustee.

On August 22, 2017, the Trustee served Hampton & Hampton Collections, LLC ("Hampton") with a Subpoena to appear at a deposition on September 15, 2017 at 2:00 p.m. at the offices of Ballard Spahr LLP. *See* attached Affidavit of Subpoena. No representative or counsel for Hampton appeared for the deposition on September 15. It appears that Hampton had double-booked a deposition for the

2

same date and time and failed to notify counsel for the Trustee. Counsel for the Trustee was in the process of re-scheduling the deposition, and moving for extension of the discovery deadline, when the Court entered its Order.

The Trustee respectfully requests that the Court amend the Order to permit the Trustee to complete the deposition of a Rule 30(b)(6) representative of Hampton by the current October 19, 2017 discovery deadline set by the Court in the Order. The Trustee has and will continue to contact counsel for Hampton to schedule the deposition on or before October 19, 2017.

This is the Trustee's first request to extend the discovery period. This request will not prejudice any party since the Court has already extended the discovery period in order to complete two other depositions. The deposition of Hampton was properly scheduled within the original discovery period, and Hampton was served with a subpoena to appear at the deposition. The Trustee's request is limited to completing this single additional deposition.

Dated: this 19th day of September, 2017.

BALLARD SPAHR LLP

By: /s/ Sylvia O. Semper
Abran E. Vigil, NV 7548
Sylvia O. Semper, NV 12863
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: September 20, 2017

_____
United States Magistrate Judge

3