1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  WELLS FARGO BANK, N.A.,                      )
                                                 )    Case No. 2:16-cv-02726-RFB-NJK
                    Plaintiff(s),                )
12                                               )
    v.                                           )    ORDER
13                                               )
    SFR INVESTMENTS POOL 1, LLC,                 )    (Docket No. 49)
14                                               )
                    Defendant(s).                )
15  _____  )

16          Pending before the Court is Defendant SFR's motion for protective order. Docket No. 49.

17  Plaintiff filed a response in opposition. Docket No. 57. A reply is due by September 25, 2017. *See*

18  Docket No. 54. The Court hereby **SETS** a hearing on the motion for 2:00 p.m. on October 2, 2017, in

19  Courtroom 3A.

20          The papers cast the instant dispute as one that has repeated itself often between these parties and

21  attorneys. *See, e.g.*, Docket No. 49 at 2. Nonetheless, it appears that the only citation to a decision

22  actually resolving this recurring dispute is an incomplete reference to minutes entered in a state court

23  case. *See* Docket No. 57 at 3 n.1. The Court hereby **ORDERS** the parties to file, in addition to SFR's

24  reply brief, a statement of which federal judges have resolved the instant dispute in other cases, if any.

25  Such statement shall identify by case name, case number, and docket number each decision that any

26  federal judge has made resolving the dispute. If the parties are aware of no ruling by any federal judge

27  resolving this dispute, they must file a statement so indicating. To the extent the parties seek the Court's

28  consideration of any state court decision, they must identify that state court decision by case name, case

number, and docket number, <u>and must attach the relevant order or transcript (if no written order was issued</u>).  These statements shall be filed by September 26, 2017.

IT IS SO ORDERED.

DATED: September 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge