# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-cv-02726-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| SFR INVESTMENTS POOL 1, LLC, et al., | (Docket No. 66) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 66. In light of the order staying this case, Docket No. 67, the motion to compel is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge