Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as Trustee, on behalf of The holders of Structured Asset Mortgage Investment II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO. 2:16-CV-02726-RFB-NJK<br><br>**PLAINTIFF'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |
| SILVERSTONE RANCH COMMUNITY ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Third-Party Defendant. | |

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation, |
| 2 | Counter/Cross Claimant, |
| 3 | vs. |
| 4 | |
| 5 | WELLS FARGO BANK,N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5; REAL TIME RESOLUTIONS, INC.; EDWARD RIVERA, an individual; RACHELLE RIVERA, an individual, |
| 10 | Counter/Cross Defendants. |

Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 (the "Trust") hereby moves for removal of Sylvia O. Semper, Esq., from the electronic service list. Wells Fargo Bank, N.A. will continue to be represented by Abran E. Vigil and Justin A. Shiroff of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Sylvia O. Semper: sempers@ballardspahr.com

Dated this August 22, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil
    Nevada Bar No. 7548
    Justin A. Shiroff
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff/Counter-Defendant*

IT IS SO ORDERED.
Dated: August 23, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

2