Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as Trustee, on behalf of The holders of Structured Asset Mortgage Investment II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation; SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO. 2:16-CV-02726-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SILVERSTONE RANCH COMMUNITY ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Third-Party Defendant. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability corporation,<br><br>          Counter/Cross Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5; REAL TIME RESOLUTIONS, INC.; EDWARD RIVERA, an individual; RACHELLE RIVERA, an individual,<br><br>          Counter/Cross Defendants. |

Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 (the "Trust"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), and Defendant Silverstone Ranch Community Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

    1. This action concerns title to real property commonly known as 8917 Sherwood Park Drive, Las Vegas, Nevada 89131 (the "Property") following a homeowner's association foreclosure sale conducted on July 31, 2014, with respect to the Property.

    2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20070517-0000547 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

    3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

2

4. This Stipulation in no way affects SFR's cross-claims against Rachelle Rivera and Edward Rivera (the "Riveras") or Real Time Resolutions, Inc.

5. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 201612270002729 and 201702280000505 be, and the same hereby are, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on February 14, 2017 pursuant to this Court's Order [ECF No. 16] shall be discharged and released to the Ballard Spahr LLP Trust Account.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

8. This case shall remain open until such time as SFR resolves its pending cross-claims against the Riveras and Real Time Resolutions, Inc.; and

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

9. Each party in this case number 2:16-cv-02726-RFB-NJK shall bear its own attorneys' fees and costs.

Dated: December 20, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Justin A. Shiroff<br>    Nevada Bar No. 12869<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 | By: /s/ Jaqueline A. Gilbert<br>    Diana S. Ebron<br>    Nevada Bar No. 10580<br>    Jacqueline A. Gilbert<br>    Nevada Bar No. 10593<br>    Karen L. Hanks<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Drive, Suite 110<br>    Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff Citibank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II, Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-6 and Mortgage Electronic Registration Systems, Inc.* | *Attorneys for SFR Investments Pool 1, LLC* |

PENGILLY LAW FIRM

By: /s/ Elizabeth B. Lowell
    Elizabeth B. Lowell, Esq.
    Nevada Bar No. 8551
    1995 Village Center Circle, Suite 190
    Las Vegas, Nevada 89134

*Attorneys for Defendant/Third-Party Plaintiff, Elkhorn Community Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of January, 2019.

4